*Eastern Dist.*
*January* 1828

SWIFT
*vs.*
WILLIAMS.

---

### POYDRAS vs. HIRIART.

APPEAL from the court of the fourth district.

MATTHEWS, J. delivered the opinion of the court. This is an hypothecary action in which the plaintiff prays for an order of seizure and sale of a certain slave described in his petition, on which he claims a right of mortgage, and seeks to enforce it on the property in the hands of the defendant, a third possessor. The court below gave judgment of non-suit against the plaintiff, from which he appealed.

The copy of a copy of an act of mortgage, does not authorise a suit of seizure. Even when this copy makes part of the record of a suit against the mortgager, in which the third possessor intervened, if he did so to be relieved from a sequestration

The proceedings in the case were commenced under the government of the late civil code, and have been conducted in reference to the rules therein prescribed, in relation to actions of this kind. According to these rules, a plain-

tiff who desires to have mortgaged property, seized in the hands, of a third possessor, must produce a copy in due form of the act of mortgage, and a judgment against the principal debtor. Old code, 469, art. 43.

In the present suit, the plaintiff produces a record of the proceedings and judgment, by him obtained against the principal debtor; and among these proceedings is found a copy of the instrument of mortgage as transcribed by the clerk of the court below, in which said proceedings were carried on. This is clearly not a copy in due form as required by the code. It is only the copy of a copy, and consequently not directly certified by the officer entrusted to keep the registry of mortgages.

But to supply this defect, the counsel for the appellant insists on the intervention of the present defendant, in the suit commenced and carried on against the principal debtor. The object and the sole object of that intervention as shewn by the record of the proceeding which took place in that case, was to obtain relief by the intervening party against a sequestration, by virtue of which his slave had been seized. We believe it to be a circumstance which does not change his situation from that of ordinary

third possessors of mortgaged property. The plaintiff failed to make out his case, by not producing a copy of the mortgage in due form, and the judge *a quo* acted correctly in non-suiting him.

It is therefore ordered, &c. that the judgment of the district court be affirmed with costs.

*Cuvillier* for the plaintiff, *Eustis* for the defendant.